## PERKINS v. STATE.
### No. 15987.

Court of Criminal Appeals of Texas.
May 10, 1933.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for manufacturing intoxicating liquor, punishment being one year in the penitentiary.

The indictment is regular and charges an offense. The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.

## ANDERSON v. STATE.
### No. 16024.

Court of Criminal Appeals of Texas.
May 10, 1933.

Myres & Pressly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for aggravated assault, punishment being a. fine of $100 and imprisonment in the county jail for one year and a day.

The complaint and information appear to be regular, properly charging the offense.

No bills of exception or statement of facts are brought forward. In such condition nothing is presented for review.

The judgment is affirmed.